John P. Stokes and R. P. Reese, for Defendant in Error.

---

Carlos Rivero, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Monroe County.

Writ of Error dismissed on motion of the Attorney General.

No appearance for Plaintiff in Error;

Attorney General, for the State.

---

*Ex Parte,* J. G. Crosland.

Original Proceedings.

Petition for a Writ of Prohibition denied by the Court.

Atkinson, Gramling & Burdine and Fred T. Myers, for Petitioner.